\*
BRENT L. RYMAN, ESQ. (#008648)
CRAIG SMITH, ESQ. (#013585)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

CHARLES GALLOWAY,

     Plaintiff,

vs.

NYE COUNTY, NEVADA, a political subdivision of the State of Nevada, SHERIFF SHARON WEHRLY, LIEUTENANT DAVID BORUCHOWITZ, and DOES 1-10,

     Defendants.

_____/

Case No.:

**PETITION FOR REMOVAL**

COMES NOW, Defendants NYE COUNTY, NEVADA, a political subdivision of the State of Nevada, SHERIFF SHARON WEHRLY and LIEUTENANT DAVID BORUCHOWITZ, by and through their attorneys, ERICKSON, THORPE & SWAINSTON, LTD., BRENT L. RYMAN, ESQ., and CRAIG SMITH, ESQ., and hereby provide notice of their intent to remove this matter from the Fifth Judicial District Court of the State of Nevada to the Federal District Court for the District of Nevada pursuant to 28 U.S.C. § 1441(b).

ERICKSON, THORPE &
SWAINSTON, LTD.

1

As described in greater detail below, the basis for Defendants' Petition for Removal is that this case meets the requirements for original jurisdiction of the Federal District Court under 29 U.S.C. § 1331 by virtue of federal questions presented by the Complaint. All Defendants have agreed to removal.

1.      On December 31, 2018, Plaintiff caused the attached Complaint to be filed in the Fifth Judicial District Court of the State of Nevada, in and for the County of Nye, bearing Case Number CV39820.[1]

2.      On January 11, 2019, a copy of the Summons and Complaint was first served to the Chairman of the Nye County Board of County Commissioners. The individual Defendants Sheriff Wehrly and David Boruchowitz were served sometime thereafter.

3.      The First and Second Causes of Action of Plaintiff's Complaint on file herein is purportedly brought pursuant to 42 U.S.C. § 1983. (*See*, Pl's Compl., pp. 9-14, ¶¶ 48-85). As such, this case is eligible for removal under 28 U.S.C. § 1441(b) based on federal question jurisdiction conferred by 28 U.S.C. § 1331.

DATED this 8th day of February, 2019.

ERICKSON, THORPE & SWAINSTON, LTD.

_____
BRENT L. RYMAN, ESQ. (#008648)
CRAIG SMITH, ESQ. (#013585)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants*

ERICKSON, THORPE &
SWAINSTON, LTD.

---

[1].  A true, accurate and correct copy of the Complaint is attached hereto as "Exhibit 1."

**CERTIFICATE OF SERVICE**

Pursuant to FRCP Rule 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

- ☐ U.S. Mail
- ☐ Facsimile Transmission
- ☐ Personal Service
- ☐ Messenger Service
- **X** CMECF

addressed to the following:

THOMAS J.GIBSON, ESQ.
2340 East Calvada Blvd.,#5
Pahrump, Nevada 89408
Telephone (775) 209-1035
*Attorneys for Plaintiff*

DATED this 8ᵗʰ day of February, 2019.

_/s/ Brent Ryman_____
Brent Ryman

ERICKSON, THORPE &
SWAINSTON, LTD.

3