THOMAS J. GIBSON, ESQ.
Nevada Bar No. 003995
NYE Legal, PLLC
1601 East Basin Ave., Suite 302
Pahrump, Nevada 89060
Telephone No. (775) 209-1035
Fascimile No. (775) 624-9778
thomas@nyelegal.com
*Attorney for Plaintiff,*
*Charles Galloway*

The undersigned does hereby affirm that this document does not contain the social security number of any person.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES GALLOWAY,<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada, SHERIFF SHARON WEHRLY, LIEUTENANT DAVID BORUCHOWITZ, and DOES 1-10,<br><br>Defendants, | Case No: 2:19-cv-00239-JCM-GWF<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>(First Request) |

Plaintiff, CHARLES GALLOWAY, by and through his counsel, Thomas J. Gibson, Esq., of NYE Legal, PLLC and Defendants, NYE COUNTY, NEVADA, SHERIFF SHARON WEHRLY, LIEUTENANT DAVID BORUCHOWITZ by and through their counsel, Brent L. Ryman, Esq., of the law firm of Erickson, Thorpe & Swainston, LTD hereby respectfully submit this Stipulation Request and Order Extending Time to Respond to Defendants Motion for Summary Judgment. This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local Rules of this Court. This is the first request for an extension by Plaintiffs.

Page 1 of 2

The instant extension is requested as Plaintiffs' Counsel requires additional time to prepare a responsive pleading to the Defendant's Motion.

Upon agreement by and between the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including October 19, 2019, for the Plaintiffs to respond to Defendant's Motion for Summary Judgment. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Defendant's Motion.

DATED this 3rd day of September 2019.

| | |
|---|---|
| GIBSON LAW GROUP, PLLC | ERICKSON, THORPE & SWAINSTON, LTD |
| By: /s/ Thomas J. Gibson<br>Thomas J. Gibson, Esq.<br>Nevada Bar No. 3995<br>2340 E. Calvada Blvd., #5<br>Pahrump, NV 89048<br>**Attorneys for Plaintiff** | By: /s/ Brent L. Ryman<br>Brent L. Ryman, Esq.<br>Nevada Bar No. 8648<br>P.O. Box 3559<br>Reno, NV 89505<br>**Attorneys for Defendants** |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: October 7, 2019